| | | |
|---|---|---|
| **BRANDON PLAINS** | * | **NO. 2021-CA-0086** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **SEWERAGE & WATER BOARD** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**